# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CLIFFORD L. MOODY, III,**                                                   **PLAINTIFF**
**ADC #653750**

**VS.**                       **4:18CV00460-BRW-JTK**

**SALINE COUNTY DETENTION CENTER**                           **DEFENDANT**

## JUDGMENT

Based on the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 10th day of September, 2018.

                                            /s/ Billy Roy Wilson _____
                                            UNITED STATES DISTRICT JUDGE